# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Joe Henry Thomas; Sylvia Mallard Thomas, | ) | JUDGMENT IN CASE |
| Appellants, | ) | 5:18-cv-00055-MOC |
| vs. | ) | |
| Steven G. Tate, | ) | |
| Appellee. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2018 Order.

July 10, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court